Gregory W. SMITH, Plaintiff—
Appellant,

v.

SUPREME COURT OF APPEALS OF WEST VIRGINIA; David Sanders, Judge; N. Edward Eagloski; Orville Conner Spaulding, "Hobby", Judge, Defendants—Appellees.

Gregory W. Smith, Plaintiff—
Appellant,

v.

Supreme Court of the State of West Virginia; David Sanders, Judge of the Berkeley Circuit Court, Defendants—Appellees.

Gregory W. Smith, Plaintiff—
Appellant,

v.

Supreme Court of the State of West Virginia; N. Edward Eagloski, Judge of the Putnam County Circuit Court, Defendants—Appellees.

No. 03–2233, 03–2243, 03–2244.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 11, 2003.

Decided Dec. 19, 2003.

Gregory W. Smith, Appellant pro se.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

In these consolidated appeals, Gregory W. Smith appeals the district court's orders accepting the recommendation of the magistrate judge to dismiss the petitions for writs of mandamus as frivolous. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*